UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CONSUMER ADVISORY BOARD, et al, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil No. 91-321-P-C |
| ) | |
| John R. Nicholas, et al, ) | |
| ) | |
| Defendant ) | |

**ORDER ACCEPTING THE SPECIAL MASTER'S PROPOSED
FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING PROFESSIONAL SERVICES**

In accordance with the Order of Reference (Docket Item Nos. 246 and 271) the Special Master has filed his Proposed Findings & Conclusions Regarding Professional Services (Docket Item No. 288).  Based on the state of the record herein, the Special Master finds the Defendants to be in substantial compliance with the provisions of the Consent Decree relating to Professional Services, except as specifically noted in his Report.  The evidence produced indicates that class members generally receive the professional services they require.  There are systems in place to identify their needs, to deliver the professional services they need, to monitor the delivery of such services, and to collect and analyze data regarding unmet needs when they occur.  As described in a previous Report to the Court, there is also a Grievance and Appeals process available to any class member who believes that a need is not being met, and there are advocates available to assist class members in filing and pursuing such grievances, as discussed in his Proposed Findings and Conclusions Regarding Professional Services.

The Court has carefully reviewed those factual findings and legal conclusions and finds no error, and there being no objection to the acceptance thereof,[1] the Court hereby **ACCEPTS** and **AFFIRMS** the Special Master's Proposed Findings and Conclusions Regarding Professional Services.

The Defendants are directed to submit to the Special Master materials sufficient to comply with the requirements of paragraphs (1) through (6) of the Report and shall do so within the specific time period set forth in the Report.

/s/Gene Carter
Gene Carter
Senior U.S. District Court Judge

Dated at Portland, Maine this 16th day of September, 2005.

---

[1] See Order of Reference (Docket Item Nos. 246 and 271 at 6, Section VI(d) and (e)).