UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CONSUMER ADVISORY BOARD, et al, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil No. 91-321-P-C |
| | ) | |
| LYN DUBY, et al, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER ACCEPTING THE SPECIAL MASTER'S PROPOSED
FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING
PROFESSIONAL SERVICES**

After full review, and without objection, the Court hereby **ACCEPTS** and

**AFFIRMS** the Special Master's Findings of Fact and Conclusions of Law, as proposed,

in Docket Item No. 290 and **FINDS** substantial compliance with the provisions of

Paragraphs (a), (d), (e), (f), (h)-(l) of the Consent Decree relating to Professional

Services.

It is **ORDERED** that the Defendants make all submissions directed by the Special

Master therein on pages 23 and 24 of Docket Item No. 290.

**SO ORDERED**.


/s/Gene Carter_____
Gene Carter
Senior U.S. District Court Judge

Dated at Portland, Maine this 23rd day of April, 2008