## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| CONSUMER ADVISORY BOARD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Docket no. 91-CV-321-P-S |
| | ) |
| BRENDA HARVEY, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER ACCEPTING THE SPECIAL MASTER'S PROPOSED FINDINGS & CONCLUSIONS REGARDING ADULT PROTECTIVE SERVICES

Before the Court is the Special Master's Proposed Findings & Conclusions Regarding Adult Protective Services (Docket # 312) (together with all attachments, "the Special Master's Report"). The Court notes that no objections have been filed to the Special Master's Report. After full review of the Report, the Court ACCEPTS and AFFIRMS the Special Master's Findings of Fact and Conclusions of Law as laid out in the Report. On that basis, the Court FINDS substantial compliance with the Adult Protective Services requirements laid out in paragraphs (a), (b) and (c) of the Special Master's Report. It is hereby ORDERED that Defendants make further submissions to the Special Master as directed on pages 8 and 13-16 of the Report.

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 14th day of October, 2008.