# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CONSUMER ADVISORY BOARD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Docket no. 91-CV-321-P-S |
| | ) |
| BRENDA HARVEY, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## PROCEDURAL ORDER

On October 7, 2008, the Court held a conference of counsel in order to discuss the status of the case with counsel and Special Master Clarence Sundram. Having heard from all sides, the Court now sets the following deadlines:

- Deadline for submitting proposed orders or injunctions that terminate the Consent Decree and/or should be entered upon termination of the Consent Decree:

  **February 1, 2009**

- Deadline for finalizing certifications and corrective action plans: **March 1, 2009**

In order to assure that all parties remain on track to meet these two deadlines, the Court also hereby ORDERS:

(1) The Court shall be copied on any and all requests to extend deadlines set by the Special Master as well as any approvals of those requested extensions.

(2) Beginning on December 1, 2008, counsel shall file joint monthly status reports.

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 14th day of October, 2008.