## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| CONSUMER ADVISORY BOARD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Docket no. 91-CV-321-P-S |
| | ) |
| BRENDA HARVEY, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER REGARDING THE MARCH 2009 JOINT STATUS REPORT

The Court has received and reviewed the March 2009 Joint Status Report (Docket # 333). In relevant part, the Report indicates that the Special Master gave a report to the Maine Legislature's Joint Standing Committee for Health and Human Services (the "Committee") on February 25, 2009. The parties are hereby ORDERED to file with the Court any written testimony or reports provided to the Committee by either the Special Master or any party to this case. In addition, to the extent that there is a transcript of this Committee meeting, the parties are to file said transcript with the Court. These filings shall be made on or before April 1, 2009.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 3rd day of March, 2009.