UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CONSUMER ADVISORY BOARD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Docket no. 91-CV-321-P-S |
| | ) |
| BRENDA HARVEY, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

**ORDER ACCEPTING THE SPECIAL MASTER'S PROPOSED FINDINGS & CONCLUSIONS REGARDING COMMUNITY INCLUSION**

Before the Court is the Special Master's Proposed Findings & Conclusions Regarding Community Inclusion (Docket # 335) (together with all attachments, "the Special Master's Report"). The Court notes that no objections have been filed to the Special Master's Report. After full review of the Report,[1] the Court ACCEPTS and AFFIRMS the Special Master's Findings of Fact and Conclusions of Law as laid out in the Report.

The Court FINDS substantial compliance with the Consent Decree's requirements for community inclusion, with the exception of the subset of class members with a high level of needs as a result of significant medical, behavioral and safety concerns. It is hereby ORDERED that Defendants submit a Plan of Correction to the Special Master regarding this subset of class members as directed on page 12 of the Report. The Plan of Correction shall be submitted no later than May 4, 2009. The parties shall provide the Court with status updates on this Plan of Correction in their upcoming status reports.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 2nd day of April, 2009.

---

[1] The Court has also received and reviewed a CD of exhibits that were reviewed by the Special Master in connection with his Report. The CD contains highly personal information collected by the Department regarding individual class members. Therefore, the Court hereby ORDERS that the Clerk retain the CD as a SEALED Court Exhibit One to this Order. This Exhibit shall remain SEALED until further order of this Court.