# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| CONSUMER ADVISORY BOARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Docket no. 91-CV-321-P-S |
| | ) | |
| BRENDA HARVEY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING THE SPECIAL MASTER'S PROPOSED FINDINGS & CONCLUSIONS REGARDING QUALITY ASSURANCE – ROUND TWO

Before the Court is the Special Master's Proposed Findings & Conclusions Regarding Quality Assurance – Round Two (Docket # 344) (together with all attachments, "the Special Master's Report"). The Court notes it has received no additional objections to the Special Master's Report. After full review of the Report, the Court ACCEPTS and AFFIRMS the Special Master's Findings of Fact and Conclusions of Law as laid out in the Report.

The Court FINDS substantial compliance with the Consent Decree's requirements for quality assurance. The Court notes that no plans of correction were ordered by this Report. Nonetheless, it is the Court's understanding from its review of the Report attachments and the May Joint Status Report (Docket # 346) that the Defendant has submitted a Developmental Services Quality Improvement Plan, which the Court understands is intended to address the ongoing quality assurance needs of the Department in a post-Consent Decree era. It is the Court's further understanding that the Special Master will submit a report on this Plan to the Court prior to the June 5, 2009 Status Conference.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 15th day of May, 2009.